## Leo Awotin, Appellant, v. Meyer Abrams et al., Appellees.

### Gen. No. 42,760. 

 Heard in the first
division, first district, this court at the October term, 1943; opinion filed January 24, 1944; rehearing denied February 8, 1944. Harris, Reinhardt & Bebb, for appellant; Herbert Bebb, of counsel; Shulman, Shulman & Abrams and Mayer Goldberg, for appellees; Meyer Abrams, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.